1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10

11   MONICO J. QUIROGA,                          )   Case No.: 1:16-cv-00071-SAB (PC)
                                                  )
12              Plaintiff,                        )
                                                  )   ORDER TO SUBMIT APPLICATION TO
13         v.                                     )   PROCEED IN FORMA PAUPERIS OR PAY
                                                  )   FILING FEE WITHIN 45 DAYS
14   C. CHAPA,                                    )
                                                  )
15              Defendant.                        )
                                                  )
16   _____            )

17          Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. §

18   1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma

19   pauperis pursuant to 28 U.S.C. § 1915.

20          Accordingly, IT IS HEREBY ORDERED that:

21          Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

23   $400.00 filing fee for this action.  No requests for an extension of time will be granted absent a

24   showing of good cause.  Within sixty (60) days of the date of service of this order, Plaintiff shall

25   ///

26   ///

27   ///

28   ///

1

1    submit a certified copy of his/her prison trust statement for the six month period immediately

2    preceding the filing of the complaint.  Failure to comply with this order will result in dismissal of this

3    action.

4

5    IT IS SO ORDERED.

6    Dated:    **January 20, 2016**

7    _____
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28