# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA,<br><br>   Plaintiff,<br><br>   v.<br><br>C. CHAPA,<br><br>   Defendant. | Case No.: 1:16-cv-00071-SAB (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PAYMENT OF INMATE FILING FEE BY KERN COUNTY SHERIFF'S DEPARTMENT<br><br>[ECF No. 7] |

Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Sheriff of the Kern County Lerdo Max-Med Facility is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

///

///

///

In accordance with the above and good cause appearing therefore, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. **The Sheriff of the Kern County Lerdo Max-Med Facility or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent 20% of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Sheriff of the Kern County Lerdo Max-Med Facility, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, United States District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __February 18, 2016__

UNITED STATES MAGISTRATE JUDGE